ROBERT D. VOGEL, Bar No. 63091
HEATHER A. COOK, Bar No. 200575
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendant
COMPUSA, INC.

FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANA DUNLAP,<br><br>              Plaintiff,<br><br>      v.<br><br>COMPUSA, a business entity,<br>form unknown, and DOES 1<br>through 100, inclusive,<br><br>              Defendants. | Case No. CV-99-01725 GAF (CTx)<br><br>ASSIGNED FOR ALL PURPOSES TO<br>JUDGE GARY A. FEESS<br><br>~~[PROPOSED]~~ JUDGMENT<br><br>TRIAL DATE:  JULY 25, 2000<br>TIME:        8:30 A.M.<br>PLACE:       COURTROOM 740 |

ENTERED
CLERK, U.S. DISTRICT COURT

AUG 11 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

✓ Docketed
3✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(a).

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067-3107
310.553.0308

LOS_ANGELES:105447.1 019393.1036

AUG 11 2000

82.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANA DUNLAP,<br><br>           Plaintiff,<br><br>   v.<br><br>COMPUSA, a business entity,<br>form unknown, and DOES 1<br>through 100, inclusive,<br><br>         Defendants. | Case No. CV-99-01725 GAF (CTx)<br><br>**JUDGMENT**<br><br>TRIAL DATE:  JULY 25, 2000<br>TIME:        8:30 A.M.<br>PLACE:      COURTROOM 740 |

This action came before the Court for a trial by jury. The issues have been tried and the jury, having heard and considered the evidence, has rendered its verdict.

IT IS ORDERED AND ADJUDGED that, consistent with the jury's verdict, judgment is entered in favor of Defendant CompUSA, Inc. and CompUSA, Inc. is awarded costs of suit in the amount of $_____.

Dated: ___8/10___, 2000

_____
GARY A. FEESS
United States District Court Judge

LITTLER MENDELSON<br>A PROFESSIONAL CORPORATION<br>2049 Century Park East<br>Fifth Floor<br>Los Angeles, CA 90067 3107<br>310.553.0308

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2049 Century Park East, 5th Floor, Los Angeles, California  90067-3107.  On August 9, 2000, I served the within document(s):

**[PROPOSED] JUDGMENT**

☐    by facsimile transmission at or about _____ on that date.  This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error.  A copy of the transmission report, properly issued by the transmitting machine, is attached.  The names and facsimile numbers of the person(s) served are as set forth below.

☒    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

☐    by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐    by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Jon L. Simonson, Esq.
Sosa, Simonson & Associates
5900 Sepulveda Boulevard
Suite 450
Van Nuys, CA  91411-2511

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing and for shipping via overnight delivery service.  Under that practice it

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067-3107
310.553.0308

LOS_ANGELES:105447.1 019393.1036

1  would be deposited with the U.S. Postal Service or if an overnight

2  delivery service shipment, deposited in an overnight delivery

3  service pick-up box or office on the same day with postage or fees

4  thereon fully prepaid in the ordinary course of business.

5          I declare that I am employed in the office of a member of

6  the bar of this court at whose direction the service was made.

7  Executed on August 9, 2000, at Los Angeles, California.

8

9  _____

         Susan G. Cutler

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067 3107
310 553 0308

LOS_ANGELES:105447.1 019393.1036                    2.